UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN WASHINGTON CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | No. 12-CV-00853 (EGS) |

## PLAINTIFFS' NOTIFICATION OF SUPPLEMENTAL AUTHORITY

Plaintiffs Metropolitan Washington Chapter, Associated Builders and Contractors, Inc., Miller & Long Concrete Construction, Inc., Hawkins Electrical Construction of DC, LLC, Warren N. Weems, Tron Hill, Sr., Emmett Morris, Jr. and Floyd Armwood ("Plaintiffs"), hereby submit this Notification of Supplemental Authority.

On October 5, 2012, the United States Supreme Court granted the Petition for Writ of Certiorari in the case of *McBurney v. Young,* 667 F.3d 454 (4th Cir. 2012) (attached hereto as Exhibit A). In *McBurney*, the United States Court of Appeals for the Fourth Circuit upheld a provision of the Virginia Freedom of Information Act that denied non-Virginians the right to access public records that were freely available to Virginia citizens. In the case before this Court, the District of Columbia relied upon *McBurney* in its Motion to Dismiss because the court had rejected the plaintiffs' challenge to the Virginia law under the Privileges and Immunities Clause. The question presented by petitioners to the United States Supreme Court is as follows: "Under the Privileges and Immunities Clause of Article IV and the dormant Commerce Clause of the United States Constitution, may a state preclude citizens of other states from enjoying the

same right of access to public records that the state affords its own citizens?"  (*McBurney v. Young,* No. 12-17 at i) (attached hereto as Exhibit B).

Plaintiffs contend that a review of the *McBurney v. Young* Petition for a Writ of Certiorari and any resulting opinion by the United States Supreme Court with respect to the Privileges and Immunities Clause and the Commerce Clause would assist the Court in its consideration of Defendant's Motion to Dismiss and the balance of this case.  In any event, the Supreme Court's grant of certiorari needs to be brought to the attention of the Court and the District.

Dated: October 10, 2012                                        Respectfully submitted,

                                                                                    /s/
                                                                Paul J. Kiernan (Bar #385627)
                                                                Karen Boyd Williams (Bar #456417)
                                                                HOLLAND & KNIGHT, LLP
                                                                800 17th Street, N.W., Suite 1100
                                                                Washington, D.C. 20006
                                                                (202) 663-7276 (phone)
                                                                (202) 955-5564 (facsimile)
                                                                Paul.Kiernan@hklaw.com (email)
                                                                Karen.Boyd@hklaw.com (email)

                                                                Nathan A. Adams (Of Counsel)
                                                                HOLLAND & KNIGHT, LLP
                                                                315 South Calhoun Street, Suite 600
                                                                Tallahassee, Florida 32301
                                                                (850) 224-7000 (phone)
                                                                (850) 224-8832 (fax)

                                                                Min K. Cho (Of Counsel)
                                                                HOLLAND & KNIGHT, LLP
                                                                200 South Orange Ave, Suite 2600
                                                                Orlando, Florida 32801
                                                                (407) 425-8500 (phone)
                                                                (407) 244-5288 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2012, I electronically filed the **Notication of Supplemental Authority** with the Clerk of Court for the United States District Court for the District of Columbia by using the ECM-ECF System.

      I certify that all participants in the case are registered ECM-ECF users and that service will be accomplished by the ECM-ECF System.

/S/
Karen Boyd-Williams
