UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN WASHINGTON CHAPTER, )
ASSOCIATED BUILDERS AND )
CONTRACTORS, INC., et al., )
                                                       )
                            Plaintiffs       )       No. 12-CV-00853
           v.                                        )       (EGS)
                                                      )
DISTRICT OF COLUMBIA, )
                           Defendant.     )
_____)

**PLAINTIFFS' SUPPLEMENTAL FILING IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Although the parties' cross-motions for summary judgment are briefed and pending, plaintiffs request leave to update the Court about an important issue connected to these motions—enforcement of the Amended First Source Act.

In its motion, the District raised the issue about the absence of enforcement activity. *See, e.g.* District's Motion for Summary Judgment (Doc. #64), at 24-25. The District's argument is linked in a way to its argument about plaintiffs' standing.

But recent events have demonstrated that the District is no longer taking a wait-and-see position. Instead, it has imposed on new projects the requirements of the Amended Act and has sought to enforce those requirements against contractors.

For example, as detailed in the attached Affidavit of Guy Goddard, Hardesty Concrete Construction, Inc. is a member of plaintiff Associated Builders and Contractors of Metro Washington who has been subjected to penalties under the Amended Act. Hardesty was hired to work on the Metro Village Apartments con-

struction project that was supported in part by the District-administered low-income-housing tax-credit program. Hardesty sought an upfront waiver regarding First Source requirements. Hardesty was told that waivers were not issued until near or at the end of the contract. But Hardesty was assured that it was "currently in good standing and demonstrating a good faith effort to identify District residents when possible." This assurance came from the top person in the District who dealt with First Source compliance. (Goddard Aff. at ¶ 4.)

Hardesty established an apprenticeship program, worked with District agencies to secure resident hiring, conducted a job fair, and took other steps. Both during and after the Metro Village Apartments contract, Hardesty kept the District apprised of its efforts and coordinated with the District to increase the number of District residents whom Hardesty could employ. (Goddard Aff. at ¶ 5.)

At the end of the job, despite all of Hardesty's efforts and despite meeting the law's requirements for entry-level positions, Hardesty could not fulfill the requirements for apprentices and laborers. (Goddard Aff. at ¶ 6.) When Hardesty asked again for the waiver, the waiver was denied and instead the District levied a fine of over $36,000. (*Id.* at ¶ 7.)

As Hardesty' CFO concludes:

> In our view, the amended First Source Act is an improper imposition on our business. It proved impossible to meet the requirements of this law and we were penalized based on where our employees live and not judged on the quality of their work. And I understand that where the District had not been enforcing the harsh requirements of the First Source Act on many jobs, I can attest that they are trying to enforce them now, to the detriment of my company and of other contractors and subcontractors out there. So even though we deployed every District resident we have and even though we and the District exerted out best efforts to find addition-

al people and could not do so, Hardesty is now penalized. It's not fair.

(Goddard Aff. at ¶ 8.)

Because the threat of enforcement is real and because the restrictions of the law are adversely and unconstitutionally affecting ABC-Metro Washington's members as well as the other plaintiffs, plaintiffs request that the Court grant plaintiffs' motion and deny the defendant's motion.

Dated: July 17, 2017        Respectfully submitted,

/s/ Paul J. Kiernan
Paul J. Kiernan (Bar #385627)
Christine N. Walz (Bar # 996643)
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)
Paul.Kiernan@hklaw.com (email)
Christine.Walz@hklaw.com(email)

## CERTIFICATE OF SERVICE

     I hereby certify that on July 17, 2017, the foregoing Plaintiffs' Supplemental Filing in Support of Motion for Summary Judgment were served via the Court's electronic filing system on counsel of record.

                                                /s/ Paul J. Kiernan
                                                Paul J. Kiernan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN WASHINGTON CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC., et al., <br><br>         Plaintiffs <br> v. <br><br> DISTRICT OF COLUMBIA, <br><br>         Defendant. | No. 12-CV-00853 <br> (EGS) |

**AFFIDAVIT OF GUY GODDARD (HARDESTY CONCRETE CONSTRUCTION, INC.)
IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Guy Goddard, being duly sworn, states the following based upon his personal knowledge:

1. I am the chief financial officer of Hardesty Concrete Construction, Inc. ("Hardesty"). Hardesty is a Virginia company that works on construction projects in the District of Columbia, including projects that are subject to or affected by the requirements of the District's First Source Act. As CFO, one of my jobs is to work on compliance with labor and first-source requirements.

2. Hardesty provides concrete construction services for projects in the Washington, D.C. metropolitan region. Hardesty is one of the premier concrete construction companies in the area. Although the company was formed only a few years ago, our people have decades of experience. Hardesty is a member of the Associated Builders and Contractors of Metro Washington.

3. In 2014, Hardesty was successful in securing a subcontract on the Metro Village Apartments project. The project, located at 7051 Spring Place, NW, in the Takoma Park neighborhood, was a mixed-income rental community whose construction and operation was support-

ed by the Low-Income-Housing Tax Credit program administered through the District Government. As a result, the requirements of the current First Source Act were brought to bear on all of the contractors and subcontractors.

4.      Because we are a relatively small and new business, we knew that it would be challenging for us to meet the First Source goals. We went with the general contractor to meet with Drew Hubbard, the head of the First Source office. We asked for help in meeting the First Source requirements. We also sought an upfront waiver but were told that waivers were issued "near or at the end of the contract period." But from the beginning of the job, the Department of Employment Services (DOES) assured us that in the agency's view, Hardesty was "currently in good standing and demonstrating a good faith effort to identify and hire District residents when possible." (See attached email from Drew Hubbard to me, dated October 1, 2014).

5.      As part of our compliance effort, we established an apprenticeship program through the auspices of ABC-Metro Washington. We also engaged directly with the District agencies promoting hiring, conducted a job fair, entered into a "host agency agreement" with DOES and hired a District resident through that process. We kept DOES apprised of our progress on meeting goals. (See my attached letter dated December 18, 2014). By June 2015, Hardesty had hired several additional District residents and, indeed, had placed on this project all of the District residents that the company employed. (See attached DOES Compliance Report dated June 2015 that I submitted to the agency). We hired one apprentice (Turner) but he resigned shortly after being hired, which even DOES acknowledged was a surprise and disappointment to them. (See attached email from C Witt to me, dated June 16, 2015). After we completed our work on the Metro Village project, we continued to coordinate with the District in an effort to increase our numbers of District residents whom we could employ.

2

6.  We sought again from the District a waiver regarding the requirements under the new First Source Act. We demonstrated to the District that we had exceeded the requirements for journey workers (that is, entry-level positions) but could not meet the requirements for apprentices and laborers. We detailed our good-faith efforts to locate and recruit District residents in these categories. (See my letter dated May 22, 2016, to Ms. Graham, the DOES supervisor of the First Source program).

7.  The District denied our request for a waiver and, instead, levied a fine of over $36,000 on Hardesty Concrete Construction. (See attached Notice of Initial Determination dated May 1, 2017). We were shocked and outraged by this fine and are fighting the imposition of the fine. We tried everything we could think of to locate and retain District residents; we followed the leads and suggestions of DOES. As I noted above, we employed on this job every person in our company who lives in the District. We had been assured at the outset by the then-head of the First Source efforts (Mr. Hubbard) that we were considered in good standing and demonstrating a good-faith effort to identify and hire District residents. And despite doing just that, we have now been assessed a major fine.

3

8. In our view, the amended First Source Act is an improper imposition on our business. It proved impossible to meet the requirements of this law and we were penalized based on where our employees live and not judged on the quality of their work. And I understand that where the District had not been enforcing the harsh requirements of the First Source Act on many jobs, I can attest that they are trying to enforce them now, to the detriment of my company and of other contractors and subcontractors out there. So even though we deployed every District resident we have and even though we and the District exerted our best efforts to find additional people and could not do so, Hardesty is now penalized. It's not fair.

Guy Goddard

Sworn to and subscribed before me, this 26th day of June, 2017

Ana C. Gamez



# Guy Goddard

**From:** Hubbard, Drew (DOES) <Drew.Hubbard@dc.gov>
**Sent:** Wednesday, October 01, 2014 12:28 PM
**To:** Guy Goddard; Brown, Lewis (DOES); Washington, DeCarlo (DOES)
**Cc:** Frank Hardesty
**Subject:** RE: First Source Employment Agreement Waiver Request

Guy,

Please accept this confirmation of receipt of your waiver request. Per the program requirements, waiver's are issued near or at the end of the contract period but we accept requests on company letterhead (as you have already provided). We will have the request on file and will operate with the understanding that you are currently in good standing and demonstrating a good faith effort to identify and hire District residents when possible. I am including Decarlo Washington on this response, he will be your First Source point of contact.

Drew Hubbard
Associate Director, Employer Services
*First Source - Office of Apprenticeship Information & Training - Business Services Group*
Department of Employment Services
4058 Minnesota Avenue, NE
Third Floor
Washington, DC 20019
Phone: (202) 698-6006 Fax: (202) 698-5646
Drew.Hubbard@dc.gov
www.does.dc.gov



**Tell us how we're doing.** The DC Department of Employment Services strives to provide quality customer service to our job seekers, partners, and customers. We invite you to share your experience by visiting GradeDC. Your valuable feedback will help us better serve your needs. Thank you for your participation!

**Confidentiality Notice:** This e-mail message, including any attachments, is intended only for the person or entity to which it is addressed and contains information which may be confidential, legally privileged, proprietary in nature, or otherwise protected by law from disclosure. If you received this message in error, you are hereby notified that reading, sharing, copying, or distributing this message, or its contents, is prohibited. If you have received this message in error, please telephone or reply to me immediately and delete all copies of the message.



# HARDESTY CONCRETE
# CONSTRUCTION *Inc*

12/18/14

Department of Employment Services
Attn: DeCarlo Washington
4058 Minnesota Avenue, NW
Washington, DC 20019

RE: 1st Source Agreement – Metro Village Apartments

Dear Mr. Washington:

Per your request, this letter is to update you on our efforts to meet the First Source Agreement requirements on the Metro Village Apartments.

As you know, Hardesty Concrete Construction, Inc. (HCC) is a newly formed company incorporated in November 2013. We have worked this year to build our team and to acquire and construct our initial projects to include Metro Village Apartments, which is our 1st First Source project.

We met with DOES in September 2014 to discuss our concerns over meeting the First Source Agreement requirements (trade percentages) and subsequently presented to Mr. Hubbard a Request for Waiver which was duly recognized. Nonetheless, we have committed to making a good faith effort to meet the First Source Agreement requirements. Our progress is outlined below.

Regarding manpower, as of 12/17/14 we have 19 employees (not including supervision) on the Metro Village Apartments project. Four of these employees are DC residents. This equates to 21% of the workforce on this project and 100% of our DC residents company wide. The breakdown is as follows:

- 12 journeymen, 3 of which are DC residents
- 6 skilled laborers, 1 of which is a DC resident
- 1 unskilled laborer, not a DC resident
- 0 apprentices

In an effort to improve these numbers and forgoing our option to move employees from other projects, **we hired two additional DC residents which will start this week**. One resident was **hired through DOES** via the DC Networks website and the other resident was a re-hire. This brings the workforce on this project to **29% DC residents**. The new breakdown is as follows:

- 12 journeymen, 3 of which are DC residents
- 7 skilled laborers, 2 of which are DC residents

45180 Business Court • Suite 600        Sterling, Virginia 20166        Tel: 571-353-3100 • Fax: 571-375-2335




- 2 unskilled laborers, 1 which is a DC resident
- 0 apprentices

To further our efforts, when the construction schedule calls for reduction of manpower on the project, we will opt to move the non-DC residents to other projects first to increase the overall percentage of hours worked on the project by DC residents.

Please note that our Apprenticeship Program is pending approval. I met with Ramon Gilead for the 2nd time today and we are slotted for review by the board in January 2015. In the meantime, we are seeking to place an eligible employee in the program immediately.

We will continue to provide certified payroll and compliance reports as required for the duration of the project.

Please let me know if there is any more information that you might need.

Sincerely,

Guy Goddard
CFO
Hardesty Concrete Construction, Inc.



# HARDESTY CONCRETE CONSTRUCTION *Inc*

## DOES Compliance Report – Metro Village Apartments
## June 2015
## Notes

### Apprentices

Hardesty Concrete was awaiting approval of its apprenticeship program for most of the duration of the project. The program is currently approved and we are actively working to enroll employees.

### Skilled and Unskilled Labor

Hardesty Concrete is not meeting the percentage requirements for these two categories. However, please note that we have placed all of our DC residents on this project and we have utilized the DOES to recruit additional DC resident employees. We hired one qualified candidate via the DOES website portal. We also worked with Clayton Witt to hire another DC resident although our work at Metro Village is substantially complete. We are also pursuing the Project Empowerment Program. We hired two additional DC residents on our own in June-July 2015. Hardesty Concrete will continue to pursue the hiring of qualified DC residents whether or not we are active on a DC First Source project.

Guy Goddard
CFO
Hardesty Concrete Construction





# Guy Goddard

| | |
|---|---|
| **From:** | Witt, Clayton (DOES) <clayton.witt@dc.gov> |
| **Sent:** | Tuesday, June 16, 2015 9:03 AM |
| **To:** | Guy Goddard |
| **Cc:** | Gillead, Ramon (DOES) |
| **Subject:** | Chris Turner |

Good Moring Mr. Goddard:

We are absolutely surprised and tremendously disappointed that Mr. Turner resigned.

It is all the more surprising that Mr. Turner intimated that he was unaware of the duties and responsibilities of the job.

He received written O*Net job responsibilities and was brought into the office twice to discuss the specific job....once by his case manager, Michael Covin and once by Ramon and me.

I will reach out to Ramon and we will reassess our strategy and then reconnect with you regarding successfully supporting your recruitment efforts.

Regards,

**Clayton Witt**
**Business Services Group**
Department of Employment Services
4058 Minnesota Ave, N.E.
Suite 3000
Washington, D.C. 20019
202-698-6270 (Direct)
202-520-0019 (Cell)
202-698-5717 (Fax)
clayton.witt@dc.gov
www.DOES.dc.gov



1



# HARDESTY CONCRETE
# CONSTRUCTION *Inc*

5/22/16

Anetta Graham
Supervisor, First Source Program
Department of Employment Services
4058 Minnesota Avenue, NE
Third Floor
Washington, DC 20019

RE:  1st Source Waiver Request – Metro Village Project

Dear Ms. Graham.

Thank you for speaking with us on April 21, 2016 regarding our 1st Source waiver request on the Metro Village project. This letter is a follow-up to our discussion and provides the additional information that you requested.

As you know, Hardesty Concrete Construction (HCC) exceeded the percentage requirements for journey workers on the project. We were however unable to meet the requirements for apprentices and laborers. Please see the below additional information outlining our good faith efforts to meet the 1st Source requirements:

- HCC met with Mr. Drew Hubbard and staff at the DOES office to introduce our company. We explained that HCC was a newly formed company incorporated in November 2013 and that we were in the midst of building our team. Metro Village would be one of our first projects and it was noted that HCC would be challenged to meet the 1st Source requirements.

- We sent a letter to Mr. DeCarlo Washington on December 18, 2014 outlining our efforts to comply with the 1st Source requirements. (Copy attached).

- HCC obtained a DC Networks account and advertised for open positions for this project for approximately two months. We reviewed twenty six (26) resumes and were able to hire one new DC resident employee, Maurice Williams. (DOES referral list attached.)

- We worked closely with Mr. Clayton Witt to recruit additional DC resident employees. We held a career fair at DOES on June 18, 2015. We interviewed five (5) candidates and extended job offers to two (2) of them, both of which were hired. One candidate resigned after a short time on the job and the other, Donovan Carney, remains employed by HCC. (Correspondence attached.)

45180 Business Court • Suite 600          Sterling, Virginia 20166          Tel: 571-353-3100 • Fax: 571-375-2335





- We pursued the Project Empowerment Program and executed an agreement for participation. (Agreement attached).

- Regarding the Apprenticeship Program, we were not able to enroll any employees during the course of the Metro Village Project. Please note that our work at Metro Village commenced in November 2014 and by the time the DC Apprenticeship Council approved our program on January 29, 2015, the Metro Village project was more than 50% complete and one month later it was 80% complete. Then remaining 20% of the work was spread out over the remainder of 2015 with minimal sized crews working sporadically as work was made available.

- We met at our office on May 3, 2016 with Ramon Gillead to re-address the apprenticeship program. We discussed our past efforts and strategy going forward. We enrolled Donovan Carney in the Apprenticeship Program. His first class is June 7, 2016.

- We continued our efforts to hire DC resident employees _after_ the project was substantially complete. A DOES hiring fair was conducted in June 2015 at which time the project was 98% complete. Please note that our efforts continued even though Hardesty Concrete was no longer performing work on First Sources Projects. And as of the date of this letter, we have yet to acquire another First Source Project.

- We are continuing to hire DC resident employees. HCC currently employs fourteen (14) DC residents. This constitutes over 14% of our total carpenter and laborer workforce.

Please consider our good faith efforts to comply with the 1st Source Agreement on Metro Village. HCC respectfully requests approval of its waiver request.

Sincerely,

Guy Goddard
CFO
Hardesty Concrete Construction

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Employment Services

MURIEL BOWSER
MAYOR



ODIE DONALD II
ACTING DIRECTOR

May 1, 2017
### NOTICE OF INITIAL DETERMINATION

Guy Goodard
CFO
Hardesty Concrete Construction, Inc.
45180 Business Court, Suite 600
Sterling, VA 20175

Dear Mr. Goodard,

The Department of Employment Services completed its assessment of **Hardesty Concrete Construction** First Source hours worked percentages as well as the company's good faith efforts to comply with the **Metro Village Apartments** First Source Law requirements. Pursuant to the Workforce Intermediary Establishment and Reform of the First Source Amendment Act of 2011 (D.C Official Code 2-219.01-2.219.05), Hardesty Concrete Construction has been found in violation of the law due to a deficient First Source hours worked percentage of 17% in the Skilled Labor category, 44% in the Common Labor category and unsatisfactory evidence of good faith efforts performed by Hardesty Concrete Construction.

The First Source Law imposes a fine of 1/8 of one percent of Hardesty Concrete Construction total direct and indirect labor costs of the contract for each percentage by which Hardesty Concrete Construction fails to meet the First Source hours worked percentages requirements (see attached Monetary Fine Calculation). Hardesty Concrete Construction may contest the findings by filing an Appeal with the Office of Labor Law Enforcement within five (5) days of the receipt of this letter or pay the fine assessed by remitting a check payable to the District of Columbia Treasurer in the amount of **$36,909.83**.

If you have any questions or need additional information regarding this matter, please contact Michael Watts, Associate Director, Office of Labor Law Enforcement at 202-741-5256.

Sincerely,

Odie Donald II
Acting Director

---

OFFICE OF LABOR LAW AND ENFORCEMENT
4058 Minnesota Avenue, NE • Suite 3600 • Washington, D.C. 20019 • Office: 202-671-1880 • Fax: 202-673-6411