**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| METROPOLITAN WASHINGTON CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC., et al., | ) ) ) ) | |
| Plaintiffs | ) | No. 12-CV-00853 |
| v. | ) ) | (EGS) |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) | |

## PRAECIPE

In accordance with the Minute Order directing the parties to file complete versions of the deposition transcripts they filed as part of their Motion for Summary Judgment (Doc. #65), Plaintiff hereby submits the transcripts of the six depositions cited by the plaintiffs and the defendant: Emmett Morris, Robert Henley, Fitzroy Lee, Drew Hubbard, Dairon Upshur, and Otoniel Gir Borrayo.

Dated: April 29, 2020

Respectfully submitted,

/s/ Paul J. Kiernan
Paul J. Kiernan (Bar #385627)
Christine N. Walz (Bar # 996643)
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)
Paul.Kiernan@hklaw.com (email)
Christine.Walz@hklaw.com(email)

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2020, the foregoing Praecipe was served via the Court's electronic filing system on counsel of record.

                                                          /s/ Paul J. Kiernan
                                                          Paul J. Kiernan