UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN WASHINGTON CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | Civil Action No. 12-853 (EGS) |

## DEFENDANT'S NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

The District of Columbia (the District) files this notice to confirm that plaintiffs filed the six deposition transcripts [73] after consultation with the District, and that the filing fulfils the Parties' obligations in response to the Court's April 24, 2020 Minute Order.

Dated:  April 30, 2020.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (Bar No. 974858)
Chief, Equity Section

/s/ Conrad Z. Risher
CONRAD Z. RISHER (Bar No. 1044678)
Assistant Attorney General
ANDREW J. SAINDON (Bar No. 456987)
Senior Assistant Attorney General

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Phone: (202) 442-5868
Fax:    (202) 741-0579
conrad.risher@dc.gov

*Counsel for Defendant*