AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JAN – 3 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Metropolitan Washington Chapter et al., )
*Plaintiff* )
v. ) Civil Action No. 12-cv-853 (EGS)
District of Columbia, et al., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Ordered that Defendant's Motion For Summary Judgement is granted; and it is further ordered that Individual Plaintiffs Emmett Morris, Jr.; and Dairon Upshur are dismissed; and it is further ordered that Plaintiff's Cross Motion for Summary judgment is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Emmet G. Sullivan  on a motion for Summary Judgment by the Defendants and Plaintiffs' Cross Motion for Summary Judgment.

Date:  01/03/2022

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*