# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| METROPOLITAN WASHINGTON CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC., et al., | ) ) ) ) | |
| Plaintiffs | ) | No. 12-CV-00853 |
| v. | ) ) | (EGS) |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Metropolitan Washington Chapter, Associated Builders and Contractors, Inc. (Associated Builders and Contractors of Metro Washington) notes its appeal to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment and Orders dated December 30, 2021 (DE 75-78), which entered judgment in favor of the District of Columbia and against plaintiffs. This appeal also includes appeals from earlier nonfinal orders entered in this matter, namely Memorandum Opinion and Order dated July 14, 2014 granting in part and denying in part Defendant's Motion to Dismiss (DE 21-22) (found at 57 F.Supp. 3d 1 (D.D.C. 2014); and Order on filing of amended pleadings in connection with Defendant's Motion for Judgment on the Pleadings (Minute Order December 4, 2015).

Dated: January 31, 2022                    Respectfully submitted,

/s/ Paul J. Kiernan
Paul J. Kiernan (Bar #385627)
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)
Paul.Kiernan@hklaw.com (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, the foregoing Notice of Appeal was served via the Court's electronic filing system on counsel of record.

/s/ Paul J. Kiernan
Paul J. Kiernan